IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKEY B. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04-3168 |
| CITY OF SPRINGFIELD, ILLNOIS, A Municipal Corporation, | ) |
| Defendant. | ) |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Now comes the Plaintiff, Rickey B. Davis, by his attorney, A. Courtney Cox of the firm of Hart & Hart, moves the Court to enter an Order enforcing the settlement agreement between the parties, and in support thereof states:

1. This matter was scheduled for final pretrial on Monday, October 2, 2006 and for trial on Tuesday, October 3, 2006

2. During the week before the scheduled final pretrial and trial, the parties, through negotiations by their respective counsel and with the approval of Mayor Timothy Davlin, reached an agreement to settle this matter.

3. The parties' settlement agreement was reduced to writing by the Defendant City. [Ex.B]

4. Defendant's Corporation Counsel Jenifer Johnson and Plaintiff's counsel Courtney Cox, by telephone conference with the Judge's Clerk, Mr. Art Cornell, announced to the Court that the parties had settled the matter.

5. During that telephone conversation with Mr. Cornell, Plaintiff's counsel asked Attorney Johnson whether she was sure there were sufficient votes for approval by the Springfield City Council.

6. During that telephone conversation with Mr. Cornell, Attorney Johnson stated that she believed there were sufficient votes for approval by the City Council, but that she would check to be sure and would then advise Mr. Cornell whether there were sufficient votes for approval so that the Court could enter an Order showing the matter settled and canceling the final pretrial and trial.

7. On Thursday, September 28, 2006, Attorney Johnson advised Plaintiff's counsel by email, "I finally today reached the last person I needed to talk to from the City about the proposed agreement. I will contact Judge Scott's clerk later today to let him know a docket entry can be recorded". [Ex.A]

8. The settlement agreement prepared by the Defendant City was signed by Plaintiff and his attorney and sent by fax to the Defendant City on September 28, 2006. [Ex.B]

9. It is believed that after discussing the settlement agreement with the appropriate persons in the City government, Attorney Johnson contacted Mr. Cornell on September 28 or 29, 2006 and represented to him that the matter was settled and the docket entry could be entered by the Court showing the case as settled and canceling the final pretrial and trial.

10. Based on the representation by Attorney Johnson that the matter was settled, the Court entered an Order on Friday, September 29, 2006, which provided: "The parties have informed the Court that this matter has been settled. The pretrial conference and

trial are canceled. All pending motions are denied as moot. The parties are directed to file a stipulation to dismiss by November 20, 2006". [Ex.C]

11. The settlement agreement has now been presented twice to the Springfield City Council, but contrary to Attorney Johnson's representation to the Court and to Plaintiff's counsel that the matter was settled, the Springfield City Council has not approved the settlement agreement and it does not appear that the Council will approve the settlement agreement.

12. On November 8, 2006, Mayor Davlin has publicly announced that the City plans to go to trial in this matter, so that it appears the Defendant City does not intend to comply with the terms of its settlement agreement.

WHEREFORE, Plaintiff asks the Court to find that the parties have entered into a valid and enforceable settlement agreement and to Order Defendant to comply with the terms of that settlement agreement, and for such other and further relief as is appropriate, including attorney fees and costs of Plaintiff in this matter.

>RICKEY B. DAVIS
>Plaintiff,
>HART & HART
>Attorneys for Plaintiffs
>
>BY:  s/ A. COURTNEY COX

3

**PROOF OF SERVICE**

I hereby certify that on November 9, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jenifer Johnson
Corporation Counsel
James Lang
Frank Martinez
Assistant Corporation Counsel
Room 100, Municipal Center West
300 South Seventh Street
Springfield, Illinois 62701-1680

There are no non-registered participants.

S/ A. Courtney Cox