IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RICKEY B. DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04-3168 |
| | ) *(and consolidated No. 07-CV-3096)* |
| CITY OF SPRINGFIELD, ILLINOIS, | ) |
| A Municipal Corporation, | ) |
| Defendant. | ) |

## AMENDED NOTICE OF DEPOSITION

TO:   Frank Martinez
      Angela Fyans
      Assistant Corporation Counsel
      Room 313, Municipal Center East
      800 East Monroe Street
      Springfield, Illinois 62701-1689

PLEASE TAKE NOTICE THAT the undersigned, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of the City of Springfield, Illinois on the topics listed below at Advantage Reporting Service, 118 West Edwards, Suite 100, Springfield, IL 62704, on the 8th day of April, 2009, beginning at 10:00 a.m. and continuing thereafter from day to day as required. Counsel for Defendant is invited to attend and cross-examine.

Matters on which examination is requested:

1. Information technology systems in place in 2005 through 2007, and monitoring thereof, if any;

2. Defendant's IT policies and practices in 2005 through 2007;

3. The use of log-ons, passwords, and other IT systems in place in 2005-2007;

4. The IT terminology on and the contents of documents numbered RD07-000310-314, 317-320, 334-614, 000268;

5. All of the steps taken by Defendant after it had knowledge of computer misuse as shown in the documents identified above, and specifically, downloading of pornographic images, visiting websites with pornographic, erotic or other sexual content, and use of e-mail to pursue personal relationships, including all investigation and resulting discipline, if any, for each person believed to be involved in computer misuse;

6. All steps taken to investigate the source of the leak of information to the newspaper that Plaintiff applied for duty related disability citing depression, including, if no steps were taken, how that decision was made and who made it and why;

7. The total number of employees employed by Defendant City of Springfield, Illinois in 2003, 2004, 2005, and 2006;

8. The total number of sworn officers employed each year by Defendant in the Police Department in 2003, 2004, 2005, and 2006 while Don Kliment was Chief of Police;

9. The number of African American sworn officers hired, promoted and fired from the Police Department in 2003, 2004, 2004, 2005, and 2006 while Don Kliment was Chief of Police;

10. The actual CID assignments of units and functions, and any changes thereto made to Lt. Dave Dodson, Lt. Greg Williamson, Lt. Doug Williamson, Plaintiff and any other Lieutenant assigned to CID during the period October, 2003 through March 1, 2006.

11. Salary and other compensation, including costs paid by Defendant for benefits and pension, for sworn officers employed as Lieutenant for the period from October, 2003 through the present;

12. Salary and other compensation, including costs paid by Defendant for benefits and pension, for sworn officers employed as, assigned to or otherwise holding the position of Deputy Chief for the period from October, 2003 through the present;

13. How pension benefits are and have been calculated since January 2007;

14. All discipline assessed to any person other than Plaintiff who was the target of or implicated in any violation of any rules uncovered in IA #2006/02/14, 2006/02/16, and 2005/06/52.

15. All actions Defendant took to investigate death threats made against Plaintiff in 2004, 2006 and any other death threats.

SEDEY HARPER, P.C.
ATTORNEYS AT LAW

/s/ Donna L. Harper
_____
DONNA L. HARPER, #137299
MARY ANNE SEDEY, #5124
2711 Clifton Avenue
St. Louis, Missouri 63139
314-773-3566
314-773-3615 fax
dharper@sedeyharper.com
msedey@sedeyharper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank Martinez  
Angela Fyans  
Attorneys for Defendant  
Assistant Corporation Counsel  
Room 313, Municipal Center East  
800 East Monroe Street  
Springfield, Illinois 62701-1689

                                                /s/ Donna L. Harper