IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RICKEY B. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04-3168 |
| | ) *(and consolidated No. 07-CV-3096)* |
| | ) |
| CITY OF SPRINGFIELD, ILLINOIS, | ) |
| A Municipal Corporation, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE**

COMES NOW Plaintiff Davis, by his attorneys, and moves the Court to issue an Order prohibiting Defendant from introducing or referring to the following evidence during the trial of this matter:

1. Evidence regarding promotions or other alleged favorable treatment of Mr. Davis, or other black police officers, by city officials other than Chief of Police Donald Kliment or Deputy Chief William Rouse;

2. Evidence regarding an investigation and report by the Illinois State Police into alleged wrongdoing by Detectives James Graham and Paul Carpenter;

3. Evidence regarding any rumors of any extramarital affair by Mr. Davis;

4. Evidence regarding a conversation between Mr. Davis and Kliment over twenty years ago about the use of the n-word by black people;

5. Evidence regarding the views of William Caldwell, the Assistant Chief of Police, concerning Mr. Davis' job performance;

1

6. Evidence regarding the jury verdict against Mr. Davis on his claim of racial discrimination in connection with the denial of promotion to Deputy Chief of the Criminal Investigations Division;

7. Evidence regarding the transcripts of interviews of police officers contained in an internal affairs investigative report.

8. Evidence of the results of the Minnesota Multiphasic Personality Inventory (MMPI) psychological test that was taken by Mr. Davis.

The grounds for Plaintiff Davis' Motion in Limine are set forth in the accompanying Memorandum of Law.

SEDEY HARPER, P.C.
Attorney for Plaintiff

/s/ John D. Lynn
JOHN D. LYNN, #30064
DONNA L. HARPER, #26406
MARY ANNE SEDEY, 26731
2711 Clifton Avenue
St. Louis, Missouri 63139
314-773-3566
314-773-3615 fax
jlynn@sedeyharper.com
dharper@sedeyharper.com
msedey@sedeyharper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank Martinez
Angela Fyans
Assistant Corporation Counsel
Room 313, Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689

                                      /s/ John D. Lynn